UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Colin Thomas,

                       Plaintiff,         21 Civ. 09644 (PAC)

   - against -                     **DEFAULT JUDGMENT**

Goldsilver, LLC

                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

This action having been commenced on November 22, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant(s), Goldsilver, LLC, on December 1, 2021 by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on Nancy Daughterty, a clerk in the office of the Secretary of State, and a proof of service having been filed on December 1, 2021, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ 5000.00, plus costs and disbursements of this action in the amount of $ 440.00 amounting in all to $ 5440.00.

Dated: New York, New York

February 14, 2022

_____

_____
U.S.D.J.